Salah Khatib (SBN 330359)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rami Abdo Akary<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**United States Department of Homeland Security; United States Citizenship and Immigration Services; National Benefits Center; Teri Robinson,** Director of the National Benefits Center; **Kristi Noem**, Secretary, Department of Homeland Security; **Kika Scott,** Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-03542<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I) |

　　　　Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Rami Abdo Akary and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all above named defendants.

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I) - 1

1 | Dated this October 14, 2025    Respectfully Submitted,

/s/ Salah Khatib

Salah Khatib, Esq.
Counsel for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I) - 2